# Court of Appeals
# of the State of Georgia

ATLANTA, September 20, 2012

*The Court of Appeals hereby passes the following order*

**A13I0014. JESSE FONDA v. THE STATE.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

SU12CR0052



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, September 20, 2012.*

*I certify that the above is a true extract from the minutes of*
*the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto*
*affixed the day and year last above written.*

*, Clerk.*